| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Angela Renee Sutisna**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–2207**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter  **7**    **12/6/21** |
| Case number: | **21–22593–JAD** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Angela Renee Sutisna | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 133 Autumn Drive<br>Butler, PA 16001 | |
| 4. | **Debtor's attorney**<br>Name and address | Dai Rosenblum<br>254 New Castle Road Suite B<br>Butler, PA 16001–2529 | Contact phone 724–283–2900<br>Email:  Jody@dairosenblumbankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Contact phone 412–276–4043<br>Email:  ncardiello@cardiello–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Angela Renee Sutisna**                                                                                                                          Case number **21–22593–JAD**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 12/7/21 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 24, 2022 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 3/25/22 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **2**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Angela Renee Sutisna  
    Debtor

Case No. 21-22593-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 3  
Date Rcvd: Dec 07, 2021      Form ID: 309A      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Renee Sutisna, 133 Autumn Drive, Butler, PA 16001-3291 |
| 15436531 | + | ADS/Comenity/King Size, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15436533 | + | Butler Armco Credit Union, 101 Hollywood Drive, Butler, PA 16001-7607 |
| 15436534 | + | Butler County Tax Claim Bureau, 1st Floor, County Government Center, 124 West Diamond Street, P.O. Box 1208, Butler, PA 16003-1208 |
| 15436535 | | Butler Emergency Physicians Assoc., P.O. Box 3478, Wescosville, PA 18106-0478 |
| 15436536 | + | Butler Medical Providers, P.O. Box 1549, Butler, PA 16003-1549 |
| 15436537 | | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 15436538 | + | Butler Pathology Services, P.O. Box 1549, Suite 004, Butler, PA 16003-1549 |
| 15436539 | | Butler Township Tax Collector, 260 South Duffy Road, Butler, PA 16001 |
| 15436542 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15436544 | | Connections Education, P.O. Box 62338, Baltimore, MD 21264-2338 |
| 15436548 | + | James P. Valecko, Weltman, Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15436552 | | Lakeview subserviced by Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15436553 | | Lending Club Corp, 17 Stevenson Street, Suite 300, San Francisco, CA 94105 |
| 15436555 | + | Michele A. Crawford, DPM, LLC, 164 Point Plaza, Butler, PA 16001-2572 |
| 15436556 | + | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 15436558 | + | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15436560 | | Revco Solutions, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15436561 | + | Rickart Collection Systems, Inc., P.O. Box 7242, North Brunswick, NJ 08902-7242 |
| 15436562 | + | Robert Kline, Esq., RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15436563 | + | Sirius XM Radio Inc., 1290 Avenue of the Americas, New York, NY 10104-0051 |
| 15436570 | + | Walmart/Capital One, Capital One Services LLC, P.O. Box 71087, Charlotte, NC 28272-1087 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: Jody@dairosenblumbankruptcy.com | Dec 07 2021 23:25:00 | Dai Rosenblum, 254 New Castle Road Suite B, Butler, PA 16001-2529 |
| tr | + | EDI: QNLCARDIELLO.COM | Dec 08 2021 04:53:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Dec 08 2021 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 08 2021 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2021 23:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| District/off: 0315-2 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 309A | Total Noticed: 47 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Dec 07 2021 23:25:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 17128-0946 |
| 15436532 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 08 2021 00:01:11 | Best Egg/Cross River Bank, P.O. Box 42912, Philadelphia, PA 19101-2912 |
| 15436541 | | EDI: CAPITALONE.COM | Dec 08 2021 04:54:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15436540 | + | EDI: CAPITALONE.COM | Dec 08 2021 04:54:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15436543 | + | EDI: CITICORP.COM | Dec 08 2021 04:54:00 | CitiCards/CitiBank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15436545 | | Email/Text: bdsupport@creditmanagementcompany.com | Dec 07 2021 23:25:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 15436546 | | EDI: DISCOVER.COM | Dec 08 2021 04:53:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15436547 | | Email/Text: data_processing@fin-rec.com | Dec 07 2021 23:25:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15436550 | | EDI: JPMORGANCHASE | Dec 08 2021 04:53:00 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15436549 | | EDI: JEFFERSONCAP.COM | Dec 08 2021 04:53:00 | Jefferson Capital, PO Box 1120, Charlotte, NC 28201-1120 |
| 15436551 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2021 23:25:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15436554 | + | EDI: LENDNGCLUB | Dec 08 2021 04:54:00 | Lending Club Corp., 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 15436557 | | EDI: PRA.COM | Dec 08 2021 04:53:00 | Portfolio Recovery Associates, LLC, 140 Corporate Boulevard, Norfolk, VA 23502 |
| 15436559 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 00:01:25 | Resurgent/LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15436564 | + | EDI: RMSC.COM | Dec 08 2021 04:54:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15436565 | + | EDI: RMSC.COM | Dec 08 2021 04:54:00 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15436566 | + | EDI: RMSC.COM | Dec 08 2021 04:54:00 | SYNCB/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15436567 | + | EDI: RMSC.COM | Dec 08 2021 04:54:00 | SYNCB/QVC, P.O. Box 965018, Orlando, FL 32896-5018 |
| 15436568 | | EDI: RMSC.COM | Dec 08 2021 04:54:00 | Synchrony Bank/PayPal, P.O. Box 960006, Orlando, FL 32896-0006 |
| 15436569 | | Email/Text: bankruptcydepartment@tsico.com | Dec 07 2021 23:25:00 | Transworld Systems, Inc., P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15436571 | + | Email/Text: notices@burt-law.com | Dec 07 2021 23:25:00 | Yale D. Weinstein, Esq., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| District/off: 0315-2 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 309A | Total Noticed: 47 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Dai Rosenblum | on behalf of Debtor Angela Renee Sutisna Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 3