**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angela Renee Sutisna<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2207<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21–22593–JAD | |

# Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angela Renee Sutisna

<u>3/30/22</u>     **By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Angela Renee Sutisna  
    Debtor

Case No. 21-22593-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 30, 2022      Form ID: 318      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Renee Sutisna, 133 Autumn Drive, Butler, PA 16001-3291 |
| 15436533 | + | Butler Armco Credit Union, 101 Hollywood Drive, Butler, PA 16001-7607 |
| 15436534 | + | Butler County Tax Claim Bureau, 1st Floor, County Government Center, 124 West Diamond Street, P.O. Box 1208, Butler, PA 16003-1208 |
| 15436535 | | Butler Emergency Physicians Assoc., P.O. Box 3478, Wescosville, PA 18106-0478 |
| 15436536 | + | Butler Medical Providers, P.O. Box 1549, Butler, PA 16003-1549 |
| 15436537 | | Butler Memorial Hospital, P.O. Box 37171, Baltimore, MD 21297-3171 |
| 15436538 | + | Butler Pathology Services, P.O. Box 1549, Suite 004, Butler, PA 16003-1549 |
| 15436539 | | Butler Township Tax Collector, 260 South Duffy Road, Butler, PA 16001 |
| 15436542 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15436544 | | Connections Education, P.O. Box 62338, Baltimore, MD 21264-2338 |
| 15436548 | + | James P. Valecko, Weltman, Weinberg & Reis Co., LPA, 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15436552 | | Lakeview subserviced by Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 15436553 | | Lending Club Corp, 17 Stevenson Street, Suite 300, San Francisco, CA 94105 |
| 15436555 | + | Michele A. Crawford, DPM, LLC, 164 Point Plaza, Butler, PA 16001-2572 |
| 15436556 | ++ | PENN CREDIT CORPORATION, PO BOX 69703, HARRISBURG PA 17106-9703 address filed with court:, Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15436560 | | Revco Solutions, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15436561 | + | Rickart Collection Systems, Inc., P.O. Box 7242, North Brunswick, NJ 08902-7242 |
| 15436563 | + | Sirius XM Radio Inc., 1290 Avenue of the Americas, New York, NY 10104-0051 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Mar 31 2022 03:38:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Mar 31 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 31 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:35:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Mar 31 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |

Case 21-22593-JAD   Doc 17   Filed 04/01/22   Entered 04/02/22 00:26:28   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 318 | Total Noticed: 48 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Mar 30 2022 23:35:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15436531 | + EDI: WFNNB.COM | Mar 31 2022 03:38:00 | ADS/Comenity/King Size, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15436532 | + Email/PDF: MarletteBKNotifications@resurgent.com | Mar 30 2022 23:33:35 | Best Egg/Cross River Bank, P.O. Box 42912, Philadelphia, PA 19101-2912 |
| 15436541 | EDI: CAPITALONE.COM | Mar 31 2022 03:38:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15436540 | + EDI: CAPITALONE.COM | Mar 31 2022 03:38:00 | Capital One, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15436543 | + EDI: CITICORP.COM | Mar 31 2022 03:38:00 | CitiCards/CitiBank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15436545 | Email/Text: bdsupport@creditmanagementcompany.com | Mar 30 2022 23:36:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 15436546 | EDI: DISCOVER.COM | Mar 31 2022 03:38:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15436547 | Email/Text: data_processing@fin-rec.com | Mar 30 2022 23:35:00 | Financial Recovery Services, P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15436550 | EDI: JPMORGANCHASE | Mar 31 2022 03:38:00 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850 |
| 15436549 | EDI: JEFFERSONCAP.COM | Mar 31 2022 03:38:00 | Jefferson Capital, PO Box 1120, Charlotte, NC 28201-1120 |
| 15436551 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 30 2022 23:35:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15436554 | + EDI: LENDNGCLUB | Mar 31 2022 03:38:00 | Lending Club Corp., 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15436556 | Email/Text: bankruptcies@penncredit.com | Mar 30 2022 23:35:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15436557 | EDI: PRA.COM | Mar 31 2022 03:38:00 | Portfolio Recovery Associates, LLC, 140 Corporate Boulevard, Norfolk, VA 23502 |
| 15436558 | + Email/Text: bknotice@raslavrar.com | Mar 30 2022 23:35:00 | RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15436559 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2022 23:44:16 | Resurgent/LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 15436562 | + Email/Text: bknotice@raslavrar.com | Mar 30 2022 23:35:00 | Robert Kline, Esq., RAS LaVrar, LLC, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15436564 | + EDI: RMSC.COM | Mar 31 2022 03:38:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15436565 | + EDI: RMSC.COM | Mar 31 2022 03:38:00 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15436566 | + EDI: RMSC.COM | Mar 31 2022 03:38:00 | SYNCB/Lowe's, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15436567 | + EDI: RMSC.COM | Mar 31 2022 03:38:00 | SYNCB/QVC, P.O. Box 965018, Orlando, FL 32896-5018 |
| 15436892 | + EDI: RMSC.COM | Mar 31 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15436568 | EDI: RMSC.COM | Mar 31 2022 03:38:00 | Synchrony Bank/PayPal, P.O. Box 960006, Orlando, FL 32896-0006 |
| 15436569 | Email/Text: bankruptcydepartment@tsico.com | | |

Case 21-22593-JAD    Doc 17    Filed 04/01/22    Entered 04/02/22 00:26:28    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2022 | Form ID: 318 | Total Noticed: 48 |

|  |  |  | Mar 30 2022 23:36:00 | Transworld Systems, Inc., P.O. Box 15520, Wilmington, DE 19850-5520 |
|---|---|---|---|---|
| 15436570 | + | EDI: CAPITALONE.COM | Mar 31 2022 03:38:00 | Walmart/Capital One, Capital One Services LLC, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15436571 | + | Email/Text: notices@burt-law.com | Mar 30 2022 23:36:00 | Yale D. Weinstein, Esq., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2022              Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Angela Renee Sutisna Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 5